| | |
|---|---|
| **From:** | Michelle Benvenuto <michellebenvenuto@kaltmanlaw.com> |
| **Sent:** | Tuesday, July 26, 2022 3:23 PM |
| **To:** | PAED Documents |
| **Cc:** | Lori Crusselle; Kimberly Schuetzler; Liti; Keith Altman |
| **Subject:** | NEW CASE - Rebecca Meisse v. Temple University Board of Trustees, et al. |
| **Attachments:** | 2022_07_26_Meisse_Signed Pro Se Complaint.pdf; 2022_07_26_Meisse Civil Cover Sheet.pdf |

**CAUTION - EXTERNAL:**

Dear Clerk,

Attached for filing/case opening are the Complaint and Civil Cover Sheet on behalf of *Pro Se* Plaintiff Rebecca Meisse. Please contact me for payment via credit card at (947) 366-0027.

Thank you,



Michelle Benvenuto
Litigation Paralegal
Direct Phone: (947) 366-0027
Firm Phone: (248) 987-8929
http://www.kaltmanlaw.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom addressed. This message is intended only to be seen by those named. If you have received this email in error, please notify the sender immediately. If you are not the intended recipient, please note that disclosing, copying, distributing, or taking any action in reliance on the contents of this information is strictly prohibited.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.