IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **REBECCA MEISSE** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | |
| v. | : | **NO. 22-CV-2993** |
| | : | |
| **TEMPLE UNIVERSITY BOARD** | : | |
| **OF TRUSTEES,** *et al.*, | : | |
| *Defendants* | : | |

**O R D E R**

**AND NOW**, this 5th day of August 2022, Plaintiff Rebecca Meisse having filed a Complaint with the Court without either paying the fees to commence a civil action or filing a motion to proceed *in forma pauperis*, it is hereby **ORDERED** that:

1.  If Meisse seeks to proceed with this case she must, within thirty (30) days of the date of this Order, either (1) pay $402 (the $350 filing fee and $52 administrative fee) to the Clerk of Court, or (2) file a motion to proceed *in forma pauperis*.

2.  The Clerk of Court shall provide Meisse with an appropriate non-prisoner application to proceed *in forma pauperis*, bearing the civil action number of this case. Meisse may use this form to seek leave to proceed *in forma pauperis* if she cannot afford to pay the fees to commence this case.[1]

3.  If Meisse fails to comply with this Order, her case may be dismissed without further notice for failure to prosecute.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1] This form is available on the Court's website at http://www.paed.uscourts.gov/documents/forms/ifpl.pdf.