# U.S. District Court

## Pennsylvania Eastern - Philadelphia

Receipt Date: Aug 12, 2022 9:46AM

THE LAW OFFICE OF KEITH ALTMAN

Rcpt. No: 20001138  Trans. Date: Aug 12, 2022 9:46AM  Cashier ID: #ST

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|---------------------|-----|-------|-----|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 402.00 | 402.00 |

| CD | Tender | | | | Amt |
|----|--------|---|---|---|-----|
| PC | OTCnet Check | #441 | 08/12/2022 | | $402.00 |

|  |  |
|--|--|
| Total Due: | $402.00 |
| Total Tendered: | $402.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

**Comments**: 22-CV-2993

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.