IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA MEISSE<br>               Plaintiff<br><br>v.<br><br>TEMPLE UNIVERSITY BOARD OF TRUSTEES, in their official capacity, KRYSTAL N. ALLEN, AMANDA J. FISH, STEPHANIE IVES-BARTOW, and DOES 1-10, in their individual capacities,<br>               Defendants | CIVIL ACTION<br><br>NO. 2:22-cv-02993-NIQA |

## ENTRY OF APPEARANCE

TO THE CLERK OF THE DISTRICT COURT:

Please enter the appearance of Neil J. Hamburg and Kay E. Sickles as counsel for Defendants, Temple University, Krystal N. Allen, Stephanie Ives-Bartow and Amanda J. Fish.

/s/ Neil J. Hamburg
NEIL J. HAMBURG (32175)

/s/ Kay E. Sickles
KAY E. SICKLES (75159)

HAMBURG LAW GROUP, PLLC
1 Franklin Town Blvd., Suite 1106
Philadelphia, PA 19103
(215) 858-2225 / (484) 343-2741
Fax: (484) 534-8587
hamburgnj@hamburglawgroup.com
sickleske@hamburglawgroup.com

Attorneys for Defendants
Temple University, Krystal N. Allen, Amanda J. Fish and Stephanie Ives-Bartow

Dated: September 15, 2022

## CERTIFICATE OF SERVICE

   I, Kay E. Sickles, hereby certify that the foregoing Entry of Appearance has been filed electronically and will be available for viewing and downloading from the Court's Electronic Case Filing System. I am also serving a copy of the foregoing by electronic mail upon the following:

      Rebecca Meisse, *pro se Plaintiff*
      1421 E. Columbia Avenue
      Apartment 202
      Philadelphia, PA 19124

      becmeisse16@gmail.com

                          /s/ Kay E. Sickles
                          KAY E. SICKLES

Date:  September 15, 2022