# EXHIBIT 1

```
*************************************
*        TEMPLE UNIVERSITY           *                         Page:  1
*      FOR ADMINISTRATIVE USE        *
*************************************
```

Academic Record of: Rebecca A Meisse                        Date Issued: 22-SEP-2022
   Current Name: Rebecca A Meisse                   Date of Birth (MM/DD): 05/14
                                                              Student ID: [REDACTED]
                                                                   Level: Undergraduate

                          Issued To: UNIVERSITY COUNSEL

```
Course Level: Undergraduate                     SUBJ  NO.         COURSE TITLE            CRED GRD    PTS R

Current Program                                 Institution Information continued:
Bach of Science in Nursing
          Major : Nursing 4 Year                2019 Spring
                                                   Nursing 4 Year
Degree Awarded Bach of Science in Nursing 06-MAY-2021  HRPR 1001     Public Health:Live Work & Play  3.00 A   12.00
Primary Degree                                  NURS 2289         Community Home II             1.00 A    4.00
          Major : Nursing 4 Year                NURS 2589         Generalist Nursing Practice I 5.00 B-  13.35
                                                PSY  2301         Developmental Psychology      3.00 A   12.00
SUBJ  NO.         COURSE TITLE    CRED GRD  PTS R  SBS  1104      Nutrition and Health          3.00 A   12.00
                                                        Ehrs: 15.00 GPA-Hrs: 15.00  QPts:   53.35 GPA:   3.56

INSTITUTION CREDIT:                             2019 Fall
                                                   Nursing 4 Year
2017 Fall                                       EPBI 2219         Biostatistics & Public Health 3.00 A-  11.01
   Nursing 4 Year                               GUS  0821         Digital Mapping               4.00 A   16.00
CHEM 1021     Intro to Chemistry I     3.00 B+   9.99   NURS 3089    Generalist Nursing Practice II 6.00 B-  16.02
CHEM 1023     Intro to Chemistry Lab I 1.00 A    4.00   NURS 3289    Nursing Community Home III    1.00 A    4.00
ENG  0802     Analytical Reading & Writing 4.00 B 12.00  PSY  0818   Human Sexuality               3.00 B+   9.99
KINS 1223     Human Anat & Physio I    4.00 B   12.00         Ehrs: 17.00 GPA-Hrs: 17.00  QPts:   57.02 GPA:   3.35
NURS 1001     Introduction to Nursing  3.00 A-  11.01
      Ehrs: 15.00 GPA-Hrs: 15.00  QPts:  49.00 GPA:  3.27  2020 Spring
                                                   Nursing 4 Year
2018 Spring                                     DANC 0831         Shall We Dance?               3.00 A   12.00
   Nursing 4 Year                               NURS 3189         Generalist Nursing PracticeIII 6.00 A  24.00
BIOL 1012     General Biology II       4.00 A-  14.68   NURS 3296  Perspectives on Health        3.00 A   12.00
IH   0851     IH I: The Good Life      3.00 A   11.01   NURS 3305  Evidence-Based Practice       3.00 A   12.00
KINS 1224     Human Anat & Physio II   4.00 B-  10.68   NURS 3489  Community Home IV             1.00 A    4.00
NURS 1089     Healthy Lifestyles       3.00 A-  11.01         Ehrs: 16.00 GPA-Hrs: 16.00  QPts:   64.00 GPA:   4.00
PSY  1001     Introduction to Psychology 3.00 B+  9.99  Dean's List
      Ehrs: 17.00 GPA-Hrs: 17.00  QPts:  57.37 GPA:  3.37
                                                2020 Fall
2018 Fall                                          Nursing 4 Year
   Nursing 4 Year                               GSWS 0824         Gender & World Societies      3.00 A-  11.01
BIOL 2001     Clinical Microbiology    4.00 C    8.00   NURS 4198  Health Policy                 3.00 A   12.00
EDUC 0823     Kids in Crisis           3.00 B    9.00   NURS 4589  Community Home V              1.00 A    4.00
IH   0852     IH II: The Common Good   3.00 A   12.00   NURS 4889  Generalist Nursing Practice IV 6.00 B-  16.02
NURS 2144     Health Assessment        3.00 B-   8.01         Ehrs: 13.00 GPA-Hrs: 13.00  QPts:   43.03 GPA:   3.31
NURS 2189     Nursing Community Home I 1.00 A    4.00   ******************** CONTINUED ON PAGE   2   ********************
NURS 2261     Pharmacology             3.00 C+   6.99
      Ehrs: 17.00 GPA-Hrs: 17.00  QPts:  48.00 GPA:  2.82
******************** CONTINUED ON NEXT COLUMN ********************
```

TEMPLE/Meisse 00038

```
*************************************
*         TEMPLE UNIVERSITY          *                                    Page:  2
*       FOR ADMINISTRATIVE USE       *
*************************************
```

Academic Record of: Rebecca A Meisse                          Date Issued: 22-SEP-2022
                                                       Date of Birth (MM/DD): 05/14
Current Name: Rebecca A Meisse                                 Student ID: ▓▓▓▓▓▓▓▓
                                                                    Level: Undergraduate

```
SUBJ  NO.          COURSE TITLE           CRED GRD    PTS R
_____

Institution Information continued:

2021 Spring
  Nursing 4 Year
AAAS 0857       Sport & Leisure in Amer Soc    3.00 A-    11.01
NURS 3389       Perspectives in Health 2       3.00 A     12.00
NURS 4489       Senior Seminar                 3.00 B      9.00
NURS 4885       Gen Nursing Pract Internship   3.00 A     12.00
         Ehrs: 12.00 GPA-Hrs: 12.00  QPts:    44.01 GPA:   3.67
********************** TRANSCRIPT TOTALS **********************
                   Earned Hrs  GPA Hrs    Points    GPA
TOTAL INSTITUTION      122.00   122.00    415.78    3.41

TOTAL TRANSFER           0.00     0.00      0.00    0.00

OVERALL                122.00   122.00    415.78    3.41
********************** END OF TRANSCRIPT **********************
```

TEMPLE/Meisse 00039