# EXHIBIT 2



## TEMPLE UNIVERSITY POLICE DEPARTMENT
## COMPLAINT OR INCIDENT REPORT

| Incident #: | Officer Badge #: | Sector: | District: | Vehicle #: | District Control #: | Shift: |
|---|---|---|---|---|---|---|
| 2020-005293 | 2219 | 6 | 22nd | TOM1 | | 1 |

| Date/Time Reported: | Radio Classification: | District of Occurrence: | Type of Premise: | Time In: |
|---|---|---|---|---|
| 2020-09-12 23:28:00 | LMUSIC | M | apartment | 23:45 |

| Location of Occurrence: | 1828 N 16TH ST ,PHL | Date of Occurrence: | | Time Out: |
|---|---|---|---|---|
| ○ Inside  ● Outside | | 2020-09-12 23:28  (to): 2020-09-12 23:45 | | 23:28 |

**PRIMARY COMPLAINANT INFORMATION**

| First Name: | Last Name: | Date of Birth: | Sex: | Race: | Hispanic?: |
|---|---|---|---|---|---|
| Kosha | Patel | 1999-09-20 | Female | Other | Non-Hispanic |

| Street Address: | Phone (Home): | Temple Related: | Relation: | T.U. ID#: |
|---|---|---|---|---|
| 1822 N. 16th St. Apt-2A | 9085001743 | Yes | Student | ▮ |

| City: | State: | ZIP: | Phone (Bus./Cell): | **Injury?** ○ Yes  ● No | Signed: |
|---|---|---|---|---|---|
| Philadelphia | PA | 19121 | | | |

| Nature of Injury: | | Complainant Refusal: |
|---|---|---|
| | | |

**Description of Incident (incl. desc. of crime scene if applicable):**

Responded to 1828 N. 16th Street for loud music complaint. Upon arrival Police made contact with the complainant at 1822 N. 16th Street. The complaint told Police that two houses down from her house was having a party in the rear of the property. Police made contact with a Rebecca Meissa, who resides at 1828 N. 16th Street. Rebecca was having a small party with about 20-25 people. Party was broken up by Police without incident. Rebecca was very cooperative and Police could hear the music from the street.

**TEMPLE/Meisse 00040**