# EXHIBIT 4



Office of Student Conduct and Community Standards
1755 North 13th Street
Student Center 318
Philadelphia, PA 19122-6027

Phone (215) 204-3286
Fax (215) 204-3318
Email  SCCS@temple.edu

**INCIDENT NUMBER**: 00749-001-2020
**NAME**: Rebecca A Meisse
**TUID**:
**EMAIL**: tuh07516@temple.edu

September 21, 2020

Dear Rebecca:

The Office of Student Conduct and Community Standards received a referral from the Temple University Police Department, regarding the following incident.

**Incident Summary:**

**According to the report, on Saturday, September 12, 2020, at 11:28pm, police responded to 1828 N. 16th Street for a loud music complaint. Upon arrival Police made contact with the complainant at 1822 N. 16th Street. The complainant told Police that two houses down from her was a house that was having a party in the rear of the property. Once at the location of 1828 N. 16th Street, Police could hear the music from the street. Police made contact with TU student, Rebecca Meisse, who resides at 1828 N. 16th Street. Meisse was having a small party with about 20-25 people. The party was broken up by Police without incident. Meisse was very cooperative with police.**

Based on the information above, you have been charged by Temple University with violation(s) of the following section(s) of the University Student Conduct Code.

**CC. 15. A. Other Violation of Other Published Policies: Violation of any university policy, or regulation published in hard copy or available electronically on the university website.**

**CC. 15. B. Good Neighbor: Violation of any provision of the Good Neighbor Policy, including but not limited to: 1.) Abide by fire, health, zoning, building and safety codes, including occupancy limits, and the City of Philadelphia's Department of Licenses and Inspections code and ordinances. 2.) Dispose of litter, trash, and garbage on a regular basis in an appropriate manner. Refer to City of Philadelphia's regulations for trash disposal and be aware of your neighborhood's trash collection schedule. 3.) Complete clean up within 24 hours after social functions to ensure litter and trash is removed from the neighborhood. 4.) When responsible for outside maintenance under lease or rental agreements, maintain lawn and landscaping on a regular basis. 5.) Foster and maintain good community relations and cooperation with neighbors and authorities. 6.) Take proactive steps to manage the conduct of guests, including measures that reduce the risk of harm. 7.) Take active steps to prevent damage to neighbors' property. 8.) Be engaged in mediating and resolving problems or concerns with neighbors in a timely and civil manner. 9.) Use elevated or amplified sound only in accordance with the City of Philadelphia Noise Ordinance. Alcohol and Other Drugs: 1.) Observe state and local laws governing alcohol and drug use, including the**

**prohibition against the sale of alcohol without a license (for example, charging a cover charge for a party where alcohol is served or charging a cup fee). 2.) Abide by the university's Alcohol and Other Drug Policy.**

Any student or student organization found to have committed or to have attempted to commit the following is subject to the disciplinary sanctions outlined in Article IV, D:

The next step in the conduct process is to attend a Process Review Meeting with **Program Coordinator, Amanda Fish**.  This meeting is designed to provide you with an opportunity to discuss the case that has been referred to the Office of Student Conduct and to answer any questions that you might have about your conduct proceedings.  The Process Review Meeting is **NOT** a hearing. However, should you wish to proceed, the opportunity to move into an administrative student conduct hearing may be presented to you directly following the Process Review Meeting.  The Process Review Meeting is mandatory.

Please contact your Program Coordinator (highlighted in yellow) via email or phone within **three (3) business days** to schedule your Process Review Meeting.

If you need a reasonable accommodation, please contact me or Disability Resources and Services at 215-204-1280.  If you need assistance with a translator through our process please contact me.

Although not required, you are encouraged to have a Personal Advisor with you throughout the process.  This individual can be anyone of your choosing.

**Please read through the Student Conduct Code prior to your Process Review Meeting. It can be found at** http://policies.temple.edu.


Thank you,


Krystal N. Allen, Ph.D.

Associate Director

krystal.allen@temple.edu



CC: Amanda Jeannette Fish, M.S. Ed.

Program Coordinator

tuo27587@temple.edu

215-204-3605