# EXHIBIT 5

Sincerely,
Rebecca Meisse

On Fri, Oct 30, 2020 at 12:35 PM Amanda Jeannette Fish <amanda.fish@temple.edu> wrote:

Hi Rebecca,

Thank you for reaching out. I will work toward assigning you a different Program Coordinator for your Administrative Hearing and will share that information with you as soon as I have it. Now that you have selected to proceed with an Administrative Hearing, please read the below information and follow the instructions at the very end:

Hello **Rebecca**,

Due to the University stopping in person student interactions, we have moved our Process Review Meetings and Hearings to be completed via phone or online technology (i.e., Zoom or Skype). During in person meetings we would request for students to sign a document acknowledging they received information regarding the process, an opportunity to review evidence, and indicating if they would like to immediately move forward with or delay their administrative hearing. This request is also presented to those students going to a conduct board hearing. In an effort to be consistent with our practices please review the information below.

"I have had a process review meeting and the following items were explained: the conduct process, the charges against me and my rights and responsibilities. I have also had the opportunity to review the evidence in this case via Owlbox."

"I also have completed my process review meeting on **Tuesday, October 6th at 10:00am** and I elect to proceed to an administrative hearing"

By responding "I agree" to this email, I acknowledge that it

TEMPLE/Meisse 00057

On Oct 6, 2020 at 1:22 PM, <Amanda Jeannette Fish> wrote:

Hi Rebecca,

I wanted to touch base with you following our Process Review Meeting this morning. I reached out to my supervisor in the office about withdrawing the charges in the charge letter and that has been denied. I know you mentioned toward the end of our meeting that you have an interest in proceeding with a Board Hearing. Please let me know if that is how you would like to move forward or if you would like to continue with an Administrative Hearing.

Best,
Amanda

**Amanda Jeannette Fish, M.S.Ed**
Investigator/Program Coordinator
she/her/hers

Temple University
Office of Student Conduct and Community Standards
Howard Gittis Student Center, Room 318
1755 North 13th Street, Philadelphia, PA 19122
Phone: 215-204-3286
Email: amanda.fish@temple.edu

**TEMPLE/Meisse 00064**

# PRM-Administrative Hearing

- Welcome student and do introductions: discuss purpose of meeting, what we will discuss (hearing process, rights of student, charges and possible outcomes) and difference between hearing
- Based on preponderance of evidence (more likely than not)
    - Based on evidence, witnesses, reports or any other information relevant to the case
    - Not a legal process: university has expectations and standards for all their students and we are meeting b/c possible violations of those expectations
    - Not an adversarial process: meant to be an opportunity to learn and grow.  Not reflective of who you are as a person but want to learn from mistakes so not reoccurrence
- Explain rights for student
    - Advisor
    - Provide information or not provide information
    - Bring evidence, witnesses, etc. to hearing
- Explain process- PRM, hearing, decision, appeal
- Types of hearings: Administrative and Conduct Board
    - Hearing will stay as administrative
    - Confirm the student feels comfortable with you as the hearing officer or ask if would like someone new
    - Can continue with hearing after all logistics are shared or can reschedule for later time
- Discuss charges: explain each charge and answer any questions
- Discuss possible sanctions
    - Discuss if any mandatory minimums exist with charges
    - Discuss sanctions are based on what comes out during the hearing and what evidence is presented
    - Remind student this isn't connected to academic but might impact their ability to hold certain positions on campus (RA and Owl Team Leader) and opportunity to study abroad while on probation
- Discuss conduct on records and confidentiality
    - FERPA
    - Not on transcripts
    - Maintain all records for 7 years after graduation
- Answer any questions
- Reschedule hearing if want to do it at a later time or proceed with hearing
- Have student sign form stating they were present and understood all information provided

***Can move into the hearing if they are comfortable with it. At that time you will take their plea on all charges

TEMPLE/Meisse 00078