# EXHIBIT 6

**Amanda Jeannette Fish, M.S.Ed**
Investigator/Program Coordinator
she/her/hers

Temple University
Office of Student Conduct and Community Standards
Howard Gittis Student Center, Room 318
1755 North 13th Street, Philadelphia, PA 19122
Phone: 215-204-3286

Email: amanda.fish@temple.edu

On Oct 27, 2020, at 10:56 AM, Rebecca Meisse <tuh07516@temple.edu> wrote:

> Dear Ms. Fish,
> Hello.  Please allow us to ask - What is the maximum possible penalty if a student were to be found responsible at a Conduct Board?   What is the maximum possible penalty if a student were to be found responsible at an administrative hearing?  Thank you for your time and consideration.
> Sincerely,
> Rebecca Meisse, Joseph D. Lento, and Keith Altman

On Wed, Oct 14, 2020 at 3:51 PM Amanda Jeannette Fish <amanda.fish@temple.edu> wrote:

> Hi Rebecca,
>
> Thank you for your patience as we work through this together. I appreciate your mention of Dean Ives' Statement and your thoughtful questions. For some clarification, the statement made by Dean Ives is intended to focus on protests and civic engagement related to current events in our country. The statement is not talking about parties or social gatherings. Additionally, it is not only the noise complaint that has brought about the Good Neighbor charge but also the fact that the police responded to the complaint, stated that they also witnessed loud music, and felt the need to submit that to our office.
>
> If you would like to talk through your hearing options again, I am happy to schedule a brief meeting with you via Zoom so that you are able to determine whether you would like to move forward with an Administrative Hearing or a Conduct Board Hearing.
>
> Best,
> Amanda

**TEMPLE/Meisse 00062**

**Amanda Jeannette Fish, M.S.Ed**
Investigator/Program Coordinator
she/her/hers

Temple University
Office of Student Conduct and Community Standards
Howard Gittis Student Center, Room 318
1755 North 13th Street, Philadelphia, PA 19122
Phone: 215-204-3286
Email: amanda.fish@temple.edu

---

**From:** Tuh07516 <tuh07516@temple.edu>
**Sent:** Wednesday, October 7, 2020 1:27 PM
**To:** Amanda Jeannette Fish <amanda.fish@temple.edu>
**Cc:** Joseph <joseph@studentdisciplinedefense.com>; Kaltman <kaltman@lawampmmt.com>
**Subject:** Re: Update on Conduct Process

Amanda,

Before I decide on the next steps, I am still confused about how I allegedly violated the Temple policy in light of the Dean's statement on First Amendment issues. Are you saying that despite the First Amendment statement from the Dean, having a gathering in compliance with the City polices still violates the Temple policy in the e-mail? Or is there some other policy I am accused of violating?

As to the Good Neighbor policy, is Temple saying that the mere fact that someone complained about the noise means that we violated the ordinance?

Please advise, so I know best how to proceed.

Sincerely,
Rebecca Meisse

**TEMPLE/Meisse 00063**