# EXHIBIT 8



**Office of Student Conduct and Community Standards**
1755 North 13th Street
Student Center 318
Philadelphia, PA 19122-6027

Phone (215) 204-3286
Fax (215) 204-3318
Email SCCS@temple.edu

INCIDENT NUMBER: 00749-001-2020
NAME: Rebecca A Meisse
TUID:
EMAIL: tuh07516@temple.edu

November 18, 2020

Dear Rebecca:

I have received the decision and recommended sanctions from your Student Conduct Board Hearing that was held on November 13, 2020. During this hearing you were found **responsible** for the following Student Conduct Code violations:

> **CC. 15. A. Other Violation of Other Published Policies: Violation of any university policy, or regulation published in hard copy or available electronically on the university website.**
>
> **CC. 15. B. Good Neighbor: Violation of any provision of the Good Neighbor Policy, including but not limited to: 1.) Abide by fire, health, zoning, building and safety codes, including occupancy limits, and the City of Philadelphia's Department of Licenses and Inspections code and ordinances. 2.) Dispose of litter, trash, and garbage on a regular basis in an appropriate manner. Refer to City of Philadelphia's regulations for trash disposal and be aware of your neighborhood's trash collection schedule. 3.) Complete clean up within 24 hours after social functions to ensure litter and trash is removed from the neighborhood. 4.) When responsible for outside maintenance under lease or rental agreements, maintain lawn and landscaping on a regular basis. 5.) Foster and maintain good community relations and cooperation with neighbors and authorities. 6.) Take proactive steps to manage the conduct of guests, including measures that reduce the risk of harm. 7.) Take active steps to prevent damage to neighbors' property. 8.) Be engaged in mediating and resolving problems or concerns with neighbors in a timely and civil manner. 9.) Use elevated or amplified sound only in accordance with the City of Philadelphia Noise Ordinance. Alcohol and Other Drugs: 1.) Observe state and local laws governing alcohol and drug use, including the prohibition against the sale of alcohol without a license (for example, charging a cover charge for a party where alcohol is served or charging a cup fee). 2.) Abide by the university's Alcohol and Other Drug Policy.**

This letter reflects only violations for which you were found responsible.  If you were charged with other Student Conduct Code violations, you were found not responsible for those violations."

I have reviewed your case and am assigning the following sanctions:

**TEMPLE/Meisse 00073**

**1. Letter of Reprimand**
**This letter shall serve as an official university reprimand for the violation of the Student Conduct Code. As you are aware, your conduct can have an impact on your academics, leadership opportunities and involvement on campus. During your administrative hearing with Student Conduct, you were given the opportunity to examine the factors that led to these violations. It is our expectation that this learning experience will encourage you to abide by all policies and standards of the university in the future.**

**2. Probation**
**Start Date: Nov 17, 2020**
**Complete by: Mar 2, 2021**
**Probation is for a designated period of time and includes the probability of more severe disciplinary sanctions if the student is found to violate any institutional regulation(s) during the probationary period.**

You may appeal the decision in this case based on the appeal grounds outlined in the Student Conduct Code, which can be found at http://policies.temple.edu/PDF/398.pdf, and are described in this letter:

1. To be considered, your appeal must be submitted in writing within **five (5)** business days. This letter should be addressed to The Office of Student Conduct and Community Standards and delivered one of two ways:

   1. Email: sccs@temple.edu
   2. Fax: (215) 204-3318

2. Your letter must specify on which ground you are appealing and include supporting documentation. You can appeal the outcome based only upon the following grounds:

   1. To determine whether there were procedural defects that substantially prevented a full and fair hearing on the merits;
   2. To consider the availability of new evidence sufficient to alter the decision.

3. You will receive notification regarding the outcome of your appeal via your Temple University e-mail account.

4. If you do choose to write an appeal letter, your sanctions will be on hold until your case is reviewed. A new sanction deadline will be assigned if necessary.

**Please review the full appeal process in the Student Conduct Code -** http://policies.temple.edu/PDF/398.pdf

If you do not wish to appeal, the decision is final and you should complete your sanctions as assigned.

*It is your responsibility to complete your sanctions within the specified time. Failure to do so may result in further disciplinary action, including a hold on your academic records. If you are experiencing difficulty completing your sanctions by the assigned date, please contact our office.*

**TEMPLE/Meisse 00074**

Best wishes as you continue your studies. If you have any questions or concerns, please contact The Office of Student Conduct and Community Standards at 215-204-3286.

Sincerely,

*Megan Patrick*

Megan Patrick, Ed.D.

Assistant Dean of Students

**TEMPLE/Meisse 00075**