# EXHIBIT 9



Office of Student Conduct and Community Standards
1755 North 13th Street
Student Center 318
Philadelphia, PA 19122-6027

Phone (215) 204-3286
Fax (215) 204-3318
Email  SCCS@temple.edu

INCIDENT NUMBER: 00749-001-2020
NAME: Rebecca A Meisse
TUID: ████████
EMAIL: tuh07516@temple.edu

December 11, 2020

Dear Rebecca A Meisse:

Your appeal letter pertaining to the finding of responsibility in 00749-001-2020 has been reviewed by an appropriate and qualified Appellate Board independent of your student conduct process and which reviewed the finding of responsibility for the Student Conduct Code charge of:

**CC. 15. A. Other Violation of Other Published Policies: Violation of any university policy, or regulation published in hard copy or available electronically on the university website.**

**CC. 15. B. Good Neighbor: Violation of any provision of the Good Neighbor Policy, including but not limited to: 1.) Abide by fire, health, zoning, building and safety codes, including occupancy limits, and the City of Philadelphia's Department of Licenses and Inspections code and ordinances. 2.) Dispose of litter, trash, and garbage on a regular basis in an appropriate manner. Refer to City of Philadelphia's regulations for trash disposal and be aware of your neighborhood's trash collection schedule. 3.) Complete clean up within 24 hours after social functions to ensure litter and trash is removed from the neighborhood. 4.) When responsible for outside maintenance under lease or rental agreements, maintain lawn and landscaping on a regular basis. 5.) Foster and maintain good community relations and cooperation with neighbors and authorities. 6.) Take proactive steps to manage the conduct of guests, including measures that reduce the risk of harm. 7.) Take active steps to prevent damage to neighbors' property. 8.) Be engaged in mediating and resolving problems or concerns with neighbors in a timely and civil manner. 9.) Use elevated or amplified sound only in accordance with the City of Philadelphia Noise Ordinance. Alcohol and Other Drugs: 1.) Observe state and local laws governing alcohol and drug use, including the prohibition against the sale of alcohol without a license (for example, charging a cover charge for a party where alcohol is served or charging a cup fee). 2.) Abide by the university's Alcohol and Other Drug Policy.**

The Appellate Board has reviewed your case based on the grounds of procedural defect or new evidence sufficient to alter the decision. The Appellate Board found no basis for an appeal. The Appellate Board

**TEMPLE/Meisse 00076**

voted to uphold the original Administrator's finding of responsibility and the imposed sanctions. The decision for this case is now final. The following sanctions are being imposed:

**1. Letter of Reprimand**
**This letter shall serve as an official university reprimand for the violation of the Student Conduct Code. As you are aware, your conduct can have an impact on your academics, leadership opportunities and involvement on campus. During your administrative hearing with Student Conduct, you were given the opportunity to examine the factors that led to these violations. It is our expectation that this learning experience will encourage you to abide by all policies and standards of the university in the future.**

**2. Probation**
**Start Date: Dec 11, 2020**
**Complete by: Mar 2, 2021**
**Probation is for a designated period of time and includes the probability of more severe disciplinary sanctions if the student is found to violate any institutional regulation(s) during the probationary period.**

If you have any questions or concerns, please contact the Office of Student Conduct and Community Standards at 215-204-3286.

Sincerely,

*Megan Patrick*

Megan Patrick, Ed.D.

Assistant Dean of Students

TEMPLE/Meisse 00077