# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **REBECCA MEISSE** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 22-2993** |
| **v.** | : | |
| | : | |
| **TEMPLE UNIVERSITY BOARD** | : | |
| **OF TRUSTEES,** *et al.* | : | |
| *Defendants* | : | |

## SCHEDULING ORDER

**AND NOW**, this 28th day of November 2022, upon consideration of the parties' joint report of their Federal Rule of Civil Procedure ("Rule") 26(f) conference, [ECF 13], and pursuant to Rule 16, it is hereby **ORDERED** that:

1.  The parties may request a referral to the Honorable Magistrate Judge Lynne A. Sitarski, United States District Court, to schedule a settlement conference.  Counsel, the parties, and/or persons with full settlement authority must appear at the conference unless excused in advance by Magistrate Judge Sitarski.

2.  All fact discovery shall be completed by March 15, 2023.

3.  Plaintiff's expert reports shall be due by April 17, 2023.

4.  Defendants' expert reports are due by May 17, 2023.

5.  Any *Daubert* or dispositive motions shall be filed by June 16, 2023, and any response to such motions shall be filed within twenty-one (21) days of the filing of the motion.

6.  A final pretrial conference will be held on or about September 15, 2023, to schedule the trial date.  Lead trial counsel for each party and any unrepresented party are required to attend. Fourteen (14) days prior to the final pretrial conference, all parties shall file and submit to the Court a pretrial memorandum that comports with Local Rules 16.1(c) and (d).

Failure to comply with this Order may result in sanctions.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*